**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-2080

BRIAN L. DAVIS,

Plaintiff - Appellant,

v.

YORK COUNTY BOARD OF SUPERVISORS; J.D. DANNY DIGGS, in his individual capacity; DEPUTY MCCAY, in his individual capacity; DEPUTY FRETWELL, in his individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Arenda L. Wright Allen, District Judge. (4:17-cv-00039-AWA-LRL)

Submitted: December 21, 2017                 Decided: December 27, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian L. Davis, Appellant Pro Se. Anne Catherine Lahren, Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia; Sherry A. Fox, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian L. Davis appeals the district court's order granting Defendants' motions to dismiss and for summary judgment on his claims brought pursuant to 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Davis v. York Cty. Bd. of Supervisors*, No. 4:17-cv-00039-AWA-LRL (E.D. Va. filed Sept. 7, 2017 & entered Sept. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*